UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:21-cr-10182-GAO |
| | ) | |
| MICHAEL ROBERT MOURA | ) | |
| | ) | |

**ASSENTED-TO MOTION FOR STATEMENT OF REASONS**

Now comes Mr. Moura with the assent of the government and moves this Honorable Court to order that copies of the Statement of Reasons be provided to the parties. Per Court policy, the Statement of Reasons, which formerly would have been posted on the public docket, is now sealed. Mr. Moura thus only requests that copies be provided to the parties and not posted publicly. In support thereof, Mr. Moura has requested copies of various documents related to his case and in particular his sentencing, including the Statement of Reason.

Respectfully submitted,

MICHAEL ROBERT MOURA

By
*/s/ Joshua R. Hanye*
Joshua R. Hanye
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
Boston, MA 02210
(616) 223-8061

1

**Certificate of Service**

      I, Joshua R. Hanye, hereby certify that this document was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

Date: <u>January 2, 2025</u>                                                                                  <u>*/s/ Joshua R. Hanye*</u>
                                                                                                                      Joshua R. Hanye